```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2002 CHEVROLET TAHOE Z-71,<br>LICENSE NO. 4VVW322,<br>VIN: 1GNEK13T62R211527, and<br><br>APPROXIMATELY $20,375.00.00<br>IN U.S. CURRENCY,<br><br>　　　　Defendants. | CIV-S-05-00616 DFL PAN<br><br>STIPULATION AND ORDER STAYING ACTION |

　　It is hereby stipulated by and between plaintiff United States of America and claimant Michael Klaisle, by and through their respective counsel, as follows:

　　1.　Claimant Michael Klaisle filed a claim on May 6, 2005, and an answer on May 26, 2005 in this action. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that Michael Klaisle has standing to contest this forfeiture action.

　　2.　Claimant Michael Klaisle is presently facing state criminal charges arising out of the same transactions and events that form the

1

bases for this civil forfeiture action.

3. The parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Michael Klaisle's right against self-incrimination in the related state criminal case;

THEREFORE the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the state criminal action presently pending against Michael Klaisle, or upon the expiration of six months from the date of this order, whichever event shall occur first;

2. The Order requiring the parties to submit a Joint Status Report within sixty days of service is hereby vacated.

IT IS SO STIPULATED.

Dated: 6/8/05               McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Courtney J. Linn

                            COURTNEY J. LINN
                            Assistant U.S. Attorney


Dated: 6-8-05               /s/ David Weiner
                            DAVID WEINER
                            Attorney for Claimant Michael Klaisle

                            (original signature retained by attorney)

////
////
////

2

For good cause shown, the Court adopts the parties' stipulation.

     IT IS SO ORDERED.

Dated: 6/9/2005

                                                 /s/ David F. Levi
                                        DAVID F. LEVI
                                        United States District Judge