IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                      No. CIV S-05-616 DFL EFB

      vs.

2002 CHEVROLET TAHOE Z-71,
LICENSE NO. 4VVW322,              <u>ORDER</u>
VIN: 1GNEK13T62R21157, and
APPROXIMATELY $20,375.00
IN U.S. CURRENCY,

      Defendants.
_____/

      Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

      IT IS SO ORDERED.

DATED: September 6, 2006.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE